Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
для the
_____ District of _____

_____ Division

**FILED**

May 01 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ armincortez   DEPUTY

Hanh Thi My Do

)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Parto Kavoosian, Grand Canyon University, SSA Orange County and does: OC Court -Huy Nguyen Amy Ronald, Jean Rosa, Jenna Walker, Felicia Ting, OCDA-Todd Spitzer,Kathryn Wagner,Paul Walter,Wpd

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. **'25CV1112 RSH MSB**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ✔ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Hanh Thi My Do |
| Street Address | 9528 Miramar Rd # 1131 |
| City and County | |
| State and Zip Code | San Diego, Ca 92126 |
| Telephone Number | 714-586-3260 |
| E-mail Address | myhanh9999a@gmail.com |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Orange County, SSA, WPD |
| Job or Title *(if known)* | 400 W. Civic Center Drive, Santa Ana, CA 92701 |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | OCDA:Todd Spitzer, Kathryn Wagner, Paul Walter |
| Job or Title *(if known)* | 300 N Flower St, Santa Ana, CA 92703 |
| Street Address | |
| City and County | |
| State and Zip Code | Parto Kavoosian: 11 Eucalyptus, Irvine, Ca 92612 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | OC COURT |
| Job or Title *(if known)* | Huy Nguyen, Amy Ronald, Jean Rosa, Jenna Walker, Felicia Ting |
| Street Address | 700 Civic Center Drive |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Grand Canyon University |
| Job or Title *(if known)* | 3300 W Camelback Rd, Phoenix, AZ 85017 |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Discrimination of plaintiff's disabilities in the prosecution/medical procedures leading to medical malpractice/wrongful imprisionment, defamation, slander and libel leading to personal injuries 42 USC 1981/1983.
Discrimination of plaintiff's Country of origin in the education and housing violation 42 USC 1983 leading to financial loss.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* Hanh Thi My Do, is a citizen of the State of *(name)* California.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* Parto Kavoosian, is a citizen of the State of *(name)* California. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Orange County, OC Court, OCDA, is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* California.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
> 75,000 and injunction relief

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Due to plaintiff's disabilities, defendants had omitted all civil rights procedures leading too many serious intentional mistakes in the illegal prosecution, illegal withholding and seizures of housing and education. Defamation of plaintiff's character from legal and medical malpractice leading to personal injuries and financial loss, career reputation loss and unecessary legal fees and intangible loss from time investment and time consumption.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Jury Trial from > 75,000 damages and Judgment of Mandate Enforcements.
and the injunction relief.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/30/2025

Signature of Plaintiff

Printed Name of Plaintiff    Hanh Thi My Do

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Hanh Thi My Do (dob 10/20/1973)<br>Unlawful seized Property: 324 Tangelo # 325 Irvine, Ca 92618<br>9528 Miramar rd# 1131, San Diego, Ca 92126<br><br>TELEPHONE NO.: 7145863260   FAX NO. *(Optional)*:<br>EMAIL ADDRESS: myhanh9999a@gmail.com<br>ATTORNEY FOR *(Name)*: Hanh Thi My Do | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☒ CENTRAL DIVISION, HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910

PLAINTIFF/PETITIONER: Hanh Thi My Do (Dob 10/20/1973)
DEFENDANT/RESPONDENT: Orange County Court's Judicial Officer, OCDA , OCPD..

**DECLARATION**

CASE NUMBER: 24CU031193C

- Orange County Court Judicial Officer -OCDA-Public defender mental health dept of case 24cf1269 had been prejudice and harrass petitioner multiple times by operating the prejudice complaint of OCDA, and cooperating deprive Hanh Thi My Do's freedom of speech/ violation constitution 1,4,5, 8, 14 illegally seized Hanh Thi My Do's property right and injuries compensation right by conspiracy unreal mental illness, dangerously operating the court from some unknown requests who are not the healthcare provider, violation patient's right and safety, medical error on the wrong patient by the imposing the unnecessary non-scope procedures, wasting the tax payer resources under non jurisdiction scope of practice without identification verification, dangerously effect the health of the community from the meaningless procedures. And easy to be influenced from the 3rd parties...
- Orange County Court Judicial Officer-OCDA-Public defender mental health dept of case 24cf1269 had been prejudice and harrass petitioner by operating the non-jurisdiction practice (as the case had moved to the federal court or the federal court had heard and accepted the factual innocence eliminating further forgery procedure in Orange County Court)
- Orange County Court Judicial Officer--OCDA-Public defender mental health dept of case 24cf1269 had been prejudice and harrass petitioner by duplicating the matters had been heard in the court case 01193123, as case 24cf1269 matter is a civil matter not a criminal matter, not a mental court nor probate division while no one had established any mental incompetence from any party while just "doubt" "mind" doesn't require to take the harmful unnecessary procedures unless the judicial officer and the attorney to sign the waiver of the immunity and be responsible for any errors and adversities and injuries and automatically agree these terms if continues these meaningless actions if occurs as the matter had been determined in the federal court, and operating the case is totally illegal, mis use the judicial and attorney without health care provider license although the OCDA had admitted to "NOTHING FURTHER" and totally recuse themselves
- Orange County Court Judicial Officer-OCDA-Public defender mental health dept of case 24cf1269 had been prejudice and harrass petitioner by operating this court case while the factual Innocence had established in the original case and approved judgment of Mandates 10/14/2022, affirmed on 1/25/23 in the higher court 9 Cir court to replace Judge ORANGE COUNTY COURT'S JUDICIAL OFFICER WHO IS PRESIDING THE COURT CASE 24CF1269 & 30-2021-01235743's this court's executive order to prohibit ORANGE COUNTY COURT'S JUDICIAL OFFICER WHO IS PRESIDING THE COURT CASE 24CF1269 & 30-2021-01235743 with permanent 170.1 to hear Hanh Do's any future matters again under restraining order

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/21/2025

Hanh Thi My Do
(TYPE OR PRINT NAME)

*/signature/*
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☒ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify)*:

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1
American LegalNet, Inc.
www.USCourtForms.com