

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hanh Thi My Do<br><br>V.<br><br>Orange County SSA, WPD; Todd Spitzer OCDA; Kathryn Wagner OCDA; Paul Walter OCDA; Huy Nguyen OC Court; Amy Ronald OC Court; Jean Rosa OC Court; Felicia Ting, OC Court; Grand Canyon University; Parto Kavoosian<br><br>**Plaintiff,**<br><br>**Defendant.** | Civil Action No.  25-cv-1112-RSH-MSB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Amended Complaint fails to state a claim and that Plaintiff has failed to establish venue in this District, the Court DISMISSES the Amended Complaint without leave to amend. The dismissal is without prejudice. In light of this disposition, any remaining motions, including Plaintiff's request for a temporary restraining order ECF No. 3, are DENIED. The case is hereby closed.

Date:  7/30/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Nyamanjiva

S. Nyamanjiva, Deputy